IN RE INDIANA TRUST COMPANY, TRUSTEE.

IN RE INDIANAPOLIS TRACTION AND TERMINAL COMPANY.

[Nos. 11,076, 11,085.   Filed March 7, 1923.   Rehearing denied May 16, 1923.   Transfer denied June 26, 1923.]

From Marion Circuit Court (2058, 2059); *Harry O. Chamberlin*, Judge.

Action by William F. Charters before the auditor of Marion county to place on the tax duplicates certain bonds and cash belonging to the Indianapolis Traction and Terminal Company in the hands of the Indiana Trust Company as trustee. From a judgment canceling assessments of the omitted property by the auditor, the latter and the board of county commissioners appeal. *Appeal dismissed.*

*Woodburn Masson* and *Emsley W. Johnson,* for appellants.
*F. Winter* and *W. H. Latta,* for appellee.

NICHOLS, C. J.—The opinion in this case is withdrawn and the appeal is dismissed upon the authority of *Shideler, Auditor,* v. *Martin* (1922), 192 Ind. 574, 136 N. E. 1, 137 N. E. 528.

———

RUSSELL v. STATE OF INDIANA.

[No. 11,724.   Filed June 27, 1923.]

From Marion Juvenile Court; *Frank J. Lahr,* Judge.

Prosecution by the State of Indiana against Matilda Russell. From the judgment rendered, the latter appeals. *Appeal dismissed.*

*Lawrence A. Shaw,* for appellant.

PER CURIAM.—No transcript having been filed in this matter and the time for taking an appeal having expired, the assignment of errors filed herein is stricken from the file and the appeal dismissed.